■ ANGELO BOTTAZZI v. CHARLES DE MARINIS et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 11, 1961, with notice of argument for May 23, 1961, said appeal to be· argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ MURRAY FABRICANT v. LILLIAN NADELHAFT et al.— Motion for enlargement of time and for other relief granted to the extent of enlarging the time of the defendant-appellant to file her record on appeal and appellant's points until two days after the settlement of the record on appeal by the Special Term Justice. If, upon the settlement of the record on appeal, additional papers are required to be added to the papers in the proposed printed record on appeal such additional papers may be supplied in typewritten or mimeographed form on condition that six copies of such additional papers are filed with this court at the time of filing the printed record on appeal and one copy of such additional papers is served upon the attorney for respondent. If the record on appeal and appellant's points are filed prior to May 17, 1961, the case may be noticed for argument for the June 1961 Term of this court, the appeal to be heard on June 9, 1961. Respondent's points are to be filed on or before June 7, 1961. In all other respects, the motion is denied. The order of this court entered on April 6, 1961 is modified accordingly. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

## (May 4, 1961)

■ In the Matter of the WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent, v. ANTHONY MARCHITTO, Appellant.— Order entered on March 20, 1961, adjudging respondent-appellant guilty of civil contempt, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Order ·entered on August 16, .1960, denying appellant's motion for a discovery and to take the deposition of the Waterfront Commission by its agents, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ MANUEL BARCIA et al., Appellants, v. GENERAL BRONZE CORP., Respondent.— Order entered on November 21, 1958, staying all proceedings in this action, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.